IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TALI WASHBURN,<br><br>    Plaintiff,<br><br>v.<br><br>C6-ZERO, LLC,<br><br>C6-ZERO IOWA, LLC<br><br>C6-ZERO HOLDINGS, LLC,<br><br>SECOND-61, LLC<br><br>ABACUS SOLUTIONS GROUP, LLC,<br><br>BRAND TECHNOLOGIES CORPORATION,<br><br>DORE LAW GROUP, LLC<br><br>BRANDLICH ASSETS, LLC,<br><br>BRANDLICH CONSTRUCTION, LLC,<br><br>BRANDLISH ENERGY SOLUTIONS, LLC,<br><br>BRANDLISH ENERGY SOLUTIONS HOUSTON, LLC,<br><br>BRANDLICH ENERGY SOLUTIONS SAN ANTONIO, LLC,<br><br>BRANDLICH ENERGY SOLUTIONS CASPER, LLC,<br><br>BRANDLICH ENERGY SOLUTIONS OREGON, LLC,<br><br>BRANDLICH ENERBY SOLUTIONS SAN JOAQUIN,<br><br>BRAND TECHNOLOGIES, LLC,<br><br>HOWARD BRAND,<br><br>TIME DORE,<br><br>CHRITOPHER KOEHN, | Case No. 24-CV-67-LTS-KEM<br><br><br><br>**MOTION TO APPEAR PRO HAC VICE** |

1

| | |
|---|---|
| **BUFFY KOEN,**<br>**SHANE PULVER,**<br>**JOE LAVIGNE,**<br>**JOHN DOE ENTITY DEFENDANTS,** and<br>**JOHN DOE DEFENDANTS**.<br>    Defendants | |

Scott E. Gessler, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendants Second-61, LLC and Christopher Koehn. Scott E. Gessler states that He is a member in good standing of the bar of the State of Colorado, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Scott E. Gessler **,** further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Alfredo Parrish , an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

   Respectfully submitted this 12th day of November 2024,

                                        GESSLER BLUE LLC

                                        _____s/ *Scott E. Gessler*_____
                                        Scott E. Gessler
                                        Gessler Blue, LLC
                                        7350 E. Progress Place, Suite 100
                                        Greenwood Village, CO 80111
                                        Tel.: (303) 906-1050

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November 2024, the foregoing was electronically served via CM/ECF on all parties via their counsel of record as follows:

Joel A. Arends, Esq.
Arends Law, P.C.
6901 S. Lyncrest Pl., Ste. 102
Sioux Falls, SD 57108
joel@arendslaw.com
*Attorney for Plaintiff*

                                                                   s/ *Lori Yardley*