IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TALI WASHBURN,<br><br>Plaintiff,<br><br>v.<br><br>C6-ZERO, LLC,<br>C6-ZERO IOWA, LLC<br>C6-ZERO HOLDINGS, LLC,<br>SECOND-61, LLC<br>ABACUS SOLUTIONS GROUP, LLC,<br>BRAND TECHNOLOGIES CORPORATION,<br>DORE LAW GROUP, LLC<br>BRANDLICH ASSETS, LLC,<br>BRANDLICH CONSTRUCTION, LLC,<br>BRANDLISH ENERGY SOLUTIONS, LLC,<br>BRANDLISH ENERGY SOLUTIONS HOUSTON, LLC,<br>BRANDLICH ENERGY SOLUTIONS SAN ANTONIO, LLC,<br>BRANDLICH ENERGY SOLUTIONS CASPER, LLC,<br>BRANDLICH ENERGY SOLUTIONS OREGON, LLC,<br>BRANDLICH ENERBY SOLUTIONS SAN JOAQUIN,<br>BRAND TECHNOLOGIES, LLC,<br>HOWARD BRAND,<br>TIME DORE,<br>CHRITOPHER KOEHN, | Case No. 24-CV-67-LTS-KEM<br><br><br><br><br><br><br><br>**DEFENDANTS SECOND-61, LLC AND CHRISTOPHER KOEHN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| **BUFFY KOEN,** <br> **SHANE PULVER,** <br> **JOE LAVIGNE,** <br> **JOHN DOE ENTITY DEFENDANTS,** and <br> **JOHN DOE DEFENDANTS**. <br>     Defendants | |

Defendants Second-61, LLC and Christopher Koehn, through their undersigned counsel, hereby move to dismiss all cause of action under Fed. R. Civ. P. 12(b)(5), on the following grounds:

1.     Plaintiff's original Complaint was filed on July 12, 2024.

2.     Service upon the Defendants under Fed. R. Civ. P. 4(m) was required to be completed no later than October 10, 2024.

3.     Service on Second-61, LLC was not completed until October 23, 2024.

4.     Service on Christopher Koehn was not completed until October 25, 2024.

5.     Defendants Second-61, LLC and Christopher Koehn's addresses were known to the Plaintiff. She had every opportunity to properly serve Second-61, LLC and Christopher Koehn before the expiration of 90 days as required under Fed. R. Civ. P. 4(m).

6.     This *Motion* is based on this filing and the concurrently filed *Brief in Support Motion to Dismiss*.

FOR THESE REASONS, Defendants Second-61, LLC and Christopher Koehn request this Court dismiss all claims against the Defendants Second-61, LLC and Christopher Koehn contained in the *First Amended Complaint*.

Respectfully submitted this 12th day of November 2024,

PARRISH KRUIDENIER

    *s/ Alfred Parrish*
Alfredo Parrish
2910 Grand Avenue
Des Moines, IA 50312-4205

Tel.: (515) 284-5737

*PRO HAC VICE ADMISSION PENDING*
GESSLER BLUE LLC

    *s/ Scott E. Gessler*
Scott E. Gessler
Gessler Blue, LLC
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111

Tel.: (303) 906-1050

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November 2024, the foregoing was electronically served via CM/ECF on all parties via their counsel of record as follows:

Joel A. Arends, Esq.
Arends Law, P.C.
6901 S. Lyncrest Pl., Ste. 102
Sioux Falls, SD 57108
joel@arendslaw.com
*Attorney for Plaintiff*

    *s/ Lori Yardley*