## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TALI WASHBURN,<br><br>        Plaintiff,<br><br>v.<br><br>C6-ZERO, LLC,<br>C6-ZERO IOWA, LLC,<br>C6-ZERO HOLDINGS, LLC,<br>SECOND-61, LLC,<br>ABACUS SOLUTIONS GROUP, LLC,<br>BRAND TECHNOLOGIES CORPORATION,<br>DORE LAW GROUP, LLC,<br>BRANDLICH ASSETS, LLC,<br>BRANDLICH CONSTRUCTION, LLC,<br>BRANDLICH ENERGY SOLUTIONS, LLC,<br>BRANDLICH ENERGY SOLUTIONS<br>HOUSTON, LLC,<br>BRANDLICH ENERGY SOLUTIONS SAN<br>ANTONIO, LLC,<br>BRANDLICH ENERGY SOLUTIONS<br>CASPER, LLC,<br>BRANDLICH ENERGY SOLUTIONS<br>OREGON, LLC,<br>BRANDLICH ENERGY SOLUTIONS SAN<br>JOAQUIN,<br>BRAND TECHNOLOGIES, LLC,<br>HOWARD BRAND,<br>TIM DORE,<br>CHRISTOPHER KOEHN,<br>BUFFY KOEHN,<br>SHANE PULVER,<br>JOE LAVIGNE,<br>JOHN DOE ENTITY DEFENDANTS, and,<br>JOHN DOE DEFENDANTS<br><br>        Defendants. | Case No. 24-CV-67-LTS-KEM<br><br><br><br>**NOTICE OF WITHDRAW OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE HER REPLY IN OPPOSITION TO DEFENDANTS TIM DORE AND DORE LAW GROUP, LLC'S MOTIONS TO DISMISS** |

**NOTICE OF WITHDRAW OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE HER REPLY IN OPPOSITION TO DEFENDANTS TIM DORE AND DORE LAW GROUP, LLC'S MOTIONS TO DISMISS**

1

COMES NOW, Plaintiff and withdraws her Motion for an Extension of Time to File Her Reply in Opposition to Defendants Time Dore and Dore Law Group, LLC's Motions to Dismiss.

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 26th day of December 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System in this matter.

Respectfully submitted,

<u>/s/ Joel A. Arends</u>

Joel A. Arends AT0012520
Arends Law, P.C.
6901 S. Lyncrest Pl., Ste. 102
Sioux Falls, SD 57108
joel@arendslaw.com
(605) 254-2624
Attorney for Plaintiff

2