IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TALI WASHBURN,<br><br>Plaintiff,<br><br>v.<br><br>ABACUS SOLUTIONS GROUP. LLC, SECOND-61, LLC, JOHN DOE ENTITY, TIM DORE, DORE LAW GROUP, JOE LAVIGNE, HOWARD BRAND, JOHN DOE DEFENDANTS, C6-ZERO, LLC, CHRISTOPHER KEOHN, C6-ZERO IOWA, LLC, BUFFY KOEHN, C6-ZERO HOLDINGS, LLC, SHANE PULVER, AND BRAND TECHNOLOGIES CORPORATION,<br><br>Defendants. | Case No. 1:2024cv00067<br><br>**CITIZENSHIP DISCLOSURE STATEMENT**<br>**(Diversity Cases)** |

As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Dore Law Group provides the following information regarding citizenship:

Dore Law Group is a Colorado limited liability company. It is domiciled in the State of Colorado.

Tim Dore is the only member of Dore Law Group. He is a resident of the State of Colorado and is a citizen of the United States. He is domiciled in Colorado.

Date: January 13, 2025.

Respectfully submitted,

*/s/ Michael C. Kuehner*
AT0010974
Michael Kuehner Law, PLC
P.O. Box 93081
Des Moines, Iowa 50939

641-425-4764  
michael@kuehnerlawfirm.com  
ATTORNEY FOR TIM DORE, DORE LAW GROUP, C6-ZERO, IOWA, LLC, C6-ZERO HOLDINGS, C6-ZERO, LLC