IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TALI WASHBURN,<br><br>       Plaintiff,<br><br>v.<br><br>C6-ZERO, LLC,<br>C6-ZERO IOWA, LLC,<br>C6-ZERO HOLDINGS, LLC,<br>SECOND-61, LLC,<br>ABACUS SOLUTIONS GROUP, LLC,<br>BRAND TECHNOLOGIES CORPORATION,<br>DORE LAW GROUP, LLC,<br>BRANDLICH ASSETS, LLC,<br>BRANDLICH CONSTRUCTION, LLC,<br>BRANDLICH ENERGY SOLUTIONS, LLC,<br>BRANDLICH ENERGY SOLUTIONS HOUSTON, LLC,<br>BRANDLICH ENERGY SOLUTIONS SAN ANTONIO, LLC,<br>BRANDLICH ENERGY SOLUTIONS CASPER, LLC,<br>BRANDLICH ENERGY SOLUTIONS OREGON, LLC,<br>BRANDLICH ENERGY SOLUTIONS SAN JOAQUIN, LLC,<br>BRAND TECHNOLOGIES, LLC,<br>HOWARD BRAND,<br>TIM DORE,<br>CHRISTOPHER KOEHN,<br>BUFFY KOEHN,<br>SHANE PULVER,<br>JOE LAVIGNE,<br>JOHN DOE ENTITY DEFENDANTS, and,<br>JOHN DOE DEFENDANTS<br><br>       Defendants. | Case No. 24-CV-67-LTS-KEM<br><br><br><br><br><br>**STATUS REPORT** |

**STATUS REPORT**

1

Pursuant to this Court's October 21, 2024, Order, Plaintiff hereby submits this status report regarding the status of service of Defendants and any proposed deadlines. (Doc. 20). The following named Defendants have not yet been served:

- Abacus Solutions Group, LLC;
- Brandlich Assets, LLC;
- Brandlich Construction, LLC;
- Brandlich Energy Solutions, LLC;
- Brandlich Energy Solutions Houston, LLC;
- Brandlich Energy Solutions San Antonio, LLC;
- Brandlich Energy Solutions Casper, LLC;
- Brandlich Energy Solutions Oregon, LLC;
- Brandlich Energy Solutions San Joaquin, LLC;
- Brand Technologies, LLC;
- Howard Brand;
- Buffy Koehn;
- Shane Pulver.

Plaintiff is operating pursuant to this Court's December 31, 2024, Order to have the above-named Defendants served. (Doc 63). Plaintiff will provide a report pursuant to the December 31, Order on January 24, 2025. In light of the Court's December 31, 2024, Order, Plaintiff is not proposing any deadlines for consideration by the Court at this time.

CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of January, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Court for the Northern District of Iowa using the CM/EFC system and served electronically on those participants that receive service through the CM/ECF System.

Respectfully,

/s/ Joel A. Arends

Joel A. Arends AT0012520
Arends Law, P.C.
6901 S. Lyncrest Pl., Ste. 102
Sioux Falls, SD 57108
joel@arendslaw.com
(605) 254-2624
Attorney for Plaintiff

2